**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| QUINCY WHITE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:25-cv-00353 |
| | § | |
| MARK BOMBICK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 19. Judge Edison filed a memorandum and recommendation on July 1, 2026, recommending that the defendants' motion to dismiss (Dkt. 15) be granted without prejudice. *See* Dkt. 20.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation (Dkt. 20) is approved and adopted in its entirety as the holding of the court;

(2)   Defendants' motion to dismiss (Dkt. 15) is granted; and

(3)   White has one week to file an amended complaint.

SIGNED on Galveston Island this 17th day of July 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE